1  KAREN P. HEWITT
   United States Attorney
2  TOM STAHL
   Assistant U.S. Attorney
3  Chief, Civil Division
   California State Bar No. 078291
4  Office of the U.S. Attorney
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7140
6  Facsimile: (619) 557-5004
   Email: thomas.stahl@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | Case No.: 08cv0286-BEN (LSP) |
|---|---|
| Plaintiff, | NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION |
| v. | |
| 0.60 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; and DIANA SANDERS; AND ALL OTHER INTERESTED PARTIES, | |
| Defendants. | |

TO: All Defendants and Other Interested Parties:

NOTICE: You are hereby notified that on February 15, 2008, Plaintiff United States of America deposited estimated just compensation for taking the estate condemned in the subject property, a 180-day right of entry, commencing on the date possession is granted, in the amount of One Hundred Dollars ($100.00) with the Clerk of the Court.

DATED: February 15, 2008

KAREN P. HEWITT
United States Attorney

/s/
TOM STAHL
Assistant U. S. Attorney
Chief, Civil Division

Attorneys for Plaintiff
Thomas.Stahl@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>0.60 ACRES OF LAND, MORE OR LESS, SITUATED IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; and DIANA SANDERS; AND ALL OTHER INTERESTED PARTIES,<br><br>  Defendants. | Case No. 08cv0286-BEN (LSP)<br><br>CERTIFICATE OF SERVICE BY MAIL |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION (dated 02/15/08)

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

Diana Sanders
5071 Guava Avenue
La Mesa, CA 91941

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 15, 2008.

Lori Aragon MacDonald