UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | ) | Case No. 08cv0286-BEN (LSP) |
|---|---|---|
| Plaintiff, | ) | CERTIFICATE OF SERVICE BY MAIL |
| v. | ) | |
| 0.60 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; and DIANA SANDERS; AND ALL OTHER INTERESTED PARTIES, | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

1) EX PARTE APPLICATION FOR IMMEDIATE DELIVERY OF POSSESSION [ 40 U.S.C. §§3114] (dated 02/22/08)

2) AFFIDAVIT IN SUPPORT OF MOTION FOR IMMEDIATE POSSESSION (dated 01/22/08)

3) [PROPOSED] ORDER FOR DELIVERY OF POSSESSION

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

Diana Sanders
5071 Guava Avenue
La Mesa, CA 91941

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 22, 2008.

*Lori Aragon MacDonald*
Lori Aragon MacDonald