```
 1  KAREN P. HEWITT
    United States Attorney
 2  TOM STAHL
    Assistant U.S. Attorney
 3  Chief, Civil Division
    California State Bar No. 078291
 4  Office of the U.S. Attorney
    880 Front Street, Room 6293
 5  San Diego, California 92101-8893
    Telephone: (619) 557-7140
 6  Facsimile: (619) 557-5004
    Email: thomas.stahl@usdoj.gov
 7
    Attorneys for the Plaintiff
 8
 9
                     UNITED STATES DISTRICT COURT
10
                    SOUTHERN DISTRICT OF CALIFORNIA
11
12  THE UNITED STATES OF AMERICA,     )  Case No.:  08cv0286-IEG (AJB)
                                      )
13                 Plaintiff,         )  CERTIFICATE OF SERVICE BY
                                      )  MAIL
14         v.                         )
                                      )
15  0.60 ACRES OF LAND, MORE OR LESS, )
    SITUATE IN SAN DIEGO COUNTY,      )
16  STATE OF CALIFORNIA; and DIANA SANDERS;)
    AND ALL OTHER INTERESTED PARTIES, )
17                                    )
                   Defendants.        )
18  _____)
19      IT IS HEREBY CERTIFIED THAT:

20      I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My
    business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
21
        I am not a party to the above-entitled action. I have caused service of:
22
        ORDER FOR DELIVERY OF POSSESSION (issued 02/26/08)
23
    on the following parties by electronically filing the foregoing with the Clerk of the District Court using
24  its ECF System, which electronically notifies them.

25  n/a

26      I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service,
    to the following non-ECF participant on this case:
27
        Diana Sanders
28      5071 Guava Avenue
        La Mesa, CA 91941
```

1  the last known address, at which place there is delivery service of mail from the United States Postal
2  Service.

3      I declare under penalty of perjury that the foregoing is true and correct.

4  Executed on February 28, 2008.

5

6                                      Lori Aragon MacDonald